## Commonwealth *v.* Davis, Appellant.

Argued December 4, 1973. *Barry H. Denker,* with him *Shuman, Denker and Land,* for appellant; *James T. Ranney,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Dunn, Appellant.

Submitted December 3, 1973. *Arthur K. Ridley,* and *Krawitz, Sigal & Ridley,* for appellant; *Harold A. Thomson, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.